

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JACOB PAUL COVER,

    Plaintiff,

v.    Civil Action No. 3:16CV405

NURSE BROWN, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on July 28, 2016, the Court conditionally docketed the action. The July 28, 2016 Memorandum Order warned John Paul Cover that the Court would dismiss the action if he failed to keep the Court informed of his current address. On December 19, 2016, the United States Postal Service returned a December 1, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER" and "ATTEMPTED NOT KNOWN." Since that date, Cover has not contacted the Court to provide a current address. Cover's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Cover.

                                    /s/    REP
                            Robert E. Payne
Date: February 9, 2017    Senior United States District Judge
Richmond, Virginia